UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KLIP, | No. C 11-06496 EDL (LB) |
|         Plaintiff(s), | |
|    v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| MARINE SPILL RESPONSE CORP., | |
|         Defendant(s). | |
| _____/ | |

The court has a settlement conference set for Friday, September 20, 2012. The court thanks the parties for their settlement papers but is not clear on the current demand and response. As the court's standard settlement order at ECF No. 26 sets forth, the court requires this clarity of demand and response before the settlement conference.

The court thus asks Plaintiff to transmit a demand to Defendant by 1:00 p.m. on Thursday, September 20, 2012, and to notify the court of the demand by confidential email to the court's orders box at lbpo@cand.uscourts.gov. The court asks Defendant to respond to Plaintiff and to notify the court (again to the orders box) by 5 p.m. on Thursday (or as soon after that as is realistic).

**IT IS SO ORDERED.**

Dated: September 19, 2012

                                                LAUREL BEELER
                                                United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California