| | |
|---|---|
| 1 | JOHN IACCARINO (SBN 126649) |
| 2 | WADE S. CHURCH (SBN 256727) |
|   | LAW OFFICE OF JOHN IACCARINO |
| 3 | 533 Airport Boulevard, Suite 400 |
|   | Burlingame, California 94010 |
| 4 | Telephone: (650) 548-2600 |
|   | Facsimile: (650) 548-2601 |
| 5 | |
| 6 | Attorneys for Plaintiff, |
|   | JOHN KLIP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| JOHN KLIP, | Case No.: 3:11-CV-06496-EDL |
|---|---|
| Plaintiff, | STIPULATED SETTLEMENT AND REQUEST FOR DISMISSAL |
| vs. | |
| MARINE SPILL RESPONSE COMPANY, LLC; and, DOES 1 through 50, inclusive, | |
| Defendants. | |

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: December 18, 2012     By:_____/s/ Wade S. Church
                                               Attorneys for Plaintiff JOHN KLIP

                             By:_____/s/Mark S. Posard
                                               Attorneys for Defendant MSRC

1

Request for Dismissal